RAYMOND P. BOLAÑOS (SBN 142069)
AT&T SERVICES, INC., LEGAL DEPT
430 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone:  415.268.9491
Facsimile: 415.543.0418
*raymond.bolanos@att.com*

AARON M. SHANK (*Pro Hac Vice*)
PORTER WRIGHT MORRIS & ARTHUR LLP
41 South High Street, Suites 2800 – 3200
Columbus, OH 43215
Telephone: 614.227.2110
Facsimile: 614.227.2100
*ashank@porterwright.com*

Attorneys for Plaintiff
NEW CINGULAR WIRELESS PCS, LLC
D/B/A AT&T MOBILITY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, D/B/A AT&T MOBILITY, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>        v.<br><br>CITY AND COUNTY OF SAN FRANCISCO CALIFORNIA,<br><br>                    Defendant. | Case No. 4:21-CV-02871-JST<br><br>~~**[PROPOSED]**~~ **ORDER GRANTING JOINT MOTION FOR EXTENSION OF CASE SCHEDULE** |

        This matter having come before the Court upon the Joint Motion of parties for an extension of the case schedule of this action, the Court having reviewed the Motion and accompanying Memorandum, and for good cause shown, hereby GRANTS the Motion.  The case schedule for this action is hereby amended as follow:

///

///

Joint Motion for Extension of Case Schedule
Case No. 4:21-cv-02871-JST

*United States District Court*
*Northern District of California*

1.   The joint case management conference statement ~~remains~~ is due February 21, 2023.

2.   The Case Management Conference ~~remains set for~~ is continued to February 28, 2023, at 2:00 p.m.

3.   Plaintiff's opening dispositive motion brief is due by March 9, 2023.

4.   Defendant's opening/opposition brief is due by March 23, 2023.

5.   Plaintiff's opposition/reply brief is due by April 6, 2023.

6.   Defendant's reply brief is due by April 13, 2023.

7.   The dispositive motion hearing deadline shall be May 11, 2023.

8.   The pretrial statement is due by July 6, 2023.

9.   The Pretrial Conference shall be continued to ~~July 12~~ July 14, 2023 at 2:00 p.m.

10.  Trial shall commence October 16, 2023 at 8:30 a.m.

IT IS SO ORDERED.

Dated: _____January 3, 2023_____

_____
THE HONORABLE JON S. TIGAR
Judge, United States District Court

21713484v1

Joint Motion for Extension of Case Schedule
Case No. 4:21-cv-02871-JST                    2